CAUSE No. 07-15-00651-CV
TRIAL COURT CASE No. V-100850-00B

FEB 2 0 2015

BRIAN DAMON WARD. PRO SE.        §        COURT OF APPEALS
     T.DCJ# 1426930              §

V.                               §        SEVENTH DISTRICT

TEXAS DEPT. OF CRIMINAL JUSTICE. ET AL    §    OF TEXAS
   WARDEN    BAKER
           ADAMS
THE HONORABLE JUDGE B BOARD    MOTION FOR EXTION OF TIME
  181st DISTRICT COURT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES PRO SE. PETITIONER BRIAN DAMON WARD. AND FILES THIS,
MOTION FOR EXTION OF TIME.
AND STATES THE FOLLOWING IN SUPPORT THEREOF:

## I.

THIS COURT HAS SET THE DATE OF TUESDAY. FEBRUARY 17. 2015. AS THE DATE
THAT ALL DOCUMENTS SHOULD BE FILED.
WHICH IS ONLY 7 DAYS FROM NOW.
PETITIONER IS REQUESTING AND EXTRA 30 DAYS TO COMPLY.

## II.

PETITIONER NEEDS THE EXTRA TIME TO GETHER RECORDS AND DOCUMENTS.

1. TO OBTAIN RECORDS ON APPEAL.
2. TO COMPLETE REQUIRED AFFIDAVITS.
3. TO GETHER NEEDED DOCUMENTS.
4. TO DRAW UP APPROPRIATE MOTIONS.
5. FOR COURT MAGISTRATE TO FIND OUT WHERE THE INMATE IS HOUSED, AND WHY INMATE WASNT CALL INTO COURT ON HIS TORT-PAPERS CONCERNING DRUGS III . ALL THE ALTERNATE FORMS - (INSTEAD)

## CERTIFICATE OF SERVICE

I. BRIAN DAMON WARD. PRO SE. HAVE ISSUED SERVICE OF THE ABOVE
AND FORGOING ON THE BELOW LISTED ATTORNEYS BY PLACING COPY OF
THE SAME IN THE PRISON MAIL BOX ON THE DATE OF 2-11-15
ADDRESSED TO:

1

JODI GOODMAN.
COROLINE WOODBURN,
HONORABLE JOHN B. BOARD.

IV.

RESPECTFULLY SUBMITTED THIS DATE 2-11-2015.

/S/ _____ TDCJ#1426930
Rose Brian D. Ward. Petitioner.

2

MR BRIAN DAMON WARD T. DCT # 1426430
WILLIAM P. CLEMENTS UNIT
9601 SPUR 591
AMARILLO, TEXAS 79107



COURT OF APPEALS
SEVENTH DISTRICT OF TEXAS
P.O. Box 9540
AMARILLO, TEXAS 79105-9540